1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

## SOUTHERN DIVISION

11

| | |
|---|---|
| 12  **R. JEFFREY EVANS,** | **CASE NO. SACV 11-01516-CJC(FFMx)** |
| 13  **Plaintiff,** | |
| 14  **v.** | **JUDGMENT** |
| 15  **SUN LIFE & HEALTH INSURANCE COMPANY,** | |
| 16 | |
| 17  **Defendant.** | |

18
19

20        The trial in the above-entitled action was held before the Court on November 27,

21  2012.  On the same date, the Court issued its Memorandum of Decision, finding that

22  Defendant abused its discretion in denying Plaintiff benefits under the subject ERISA

23  plan.  Having considered Plaintiff's proposed judgment and Defendant's objections, the

24  Court issues its Judgment as follows:

25

26  ///

27  ///

28  ///

1.   Plaintiff is entitled to long-term disability benefits under the subject ERISA plan from June 1, 2008 to the end of the plan's 24-month limitation on benefits payable for a disability due to mental illness.  In this instance, the 24-month limitation was reached on June 1, 2010.

2.   The disability benefits are offset by the California Employment Development Department benefits Plaintiff received from June 1, 2008 through December 2, 2008.

3.   Any claim for pre-judgement interest, costs, and/or attorneys' fees shall be presented to the Court by way of the appropriate application or motion, filed or otherwise submitted in accordance with the Local Rules of the Central District of California or other applicable authority.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff shall recover from Defendant the sum of $217,068.00, representing long-term disability benefits under the subject ERISA plan from June 1, 2008 to June 1, 2010.

IT IS SO ORDERED.

DATED: January 2, 2013

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE