


1
2
3
4
5
6
7
8  # UNITED STATES DISTRICT COURT
9  # CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
10

| | |
|---|---|
| R. JEFFREY EVANS,<br><br>    Plaintiff,<br>    v.<br>SUN LIFE & HEALTH INSURANCE COMPANY, a Connecticut corporation; and DOES 1 to 10, inclusive<br><br>    Defendant. | Case No.: SACV 11-01516 CJC (FFMx)<br><br>Action Filed:  09/29/2011<br>Trial Date:  11/27/12<br><br>**JUDGMENT REGARDING ATTORNEYS' FEES, COSTS AND INTEREST** |



This Court conducted a bench trial between Plaintiff R. Jeffrey Evans ("Evans") and Defendant Sun Life & Health Insurance Company's ("Sun Life") on November 27, 2012. Scott E. Calvert of McKennon Law Group PC appeared on behalf of Evans and Nicole Y. Pomerantz of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP appeared on behalf Sun Life.

After considering the trial briefing submitted by the parties, all accompanying filings, the Administrative Record lodged by Sun Life, arguments of counsel and all other matters presented to the Court, for all of the reasons presented in the Memorandum of Decision (Docket No. 28), the full text of which was incorporated in this Court's January 2, 1023 Judgment issued in favor of Evans.

On January 30, 2013, Sun Life filed a motion to alter or amend, or in the alternative, reconsider the Court's November 27, 2012 Memorandum of Decision and January 2, 2013 Judgment. (Docket No. 43) On March 22, 2013, the Court denied Sun Life's motion. (Docket No. 49) Accordingly, Evans is entitled to $217,068.00 in past due benefits.

Further, after considering the parties' filings with respect to Evans' request for attorneys' fees, costs and pre-judgment, Evans, as the prevailing party, is entitled to $212,400.00 in attorneys' fees and $2,355.69 in costs. In addition, pursuant to 28 U.S.C. Section 1961, Evans is entitled to pre-judgment interest of 2.42%, which from June 1, 2008 to April 1, 2013, totals $20,882.69.

Dated: April 03, 2013

Cormac J. Carney
United States District Court Judge

Case No.: SACV 11-01516 CJC (FFMx)