1
2
3
4
5
6
7




| | |
|---|---|
| 8 | **UNITED STATES DISTRICT COURT** |
| 9 | **CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION** |

| | | |
|---|---|---|
| 11 | R. JEFFREY EVANS, | Case No.: SACV 11-01516 CJC (FFMx) |
| 12 | | Action Filed: 09/29/2011 |
| 13 | Plaintiff, | Trial Date: 11/27/12 |
| 14 | v. | |
| 15 | SUN LIFE & HEALTH INSURANCE COMPANY, a Connecticut corporation; and DOES 1 to 10, inclusive | **JUDGMENT REGARDING ATTORNEYS' FEES, COSTS AND INTEREST** |
| 17 | Defendant. | |

18
19
20
21
22
23
24
25
26
27
28



1   This Court conducted a bench trial between Plaintiff R. Jeffrey Evans
2   ("Evans") and Defendant Sun Life & Health Insurance Company's ("Sun Life") on
3   November 27, 2012.  Scott E. Calvert of McKennon Law Group PC appeared on
4   behalf of Evans and Nicole Y. Pomerantz of Wilson, Elser, Moskowitz, Edelman &
5   Dicker, LLP appeared on behalf Sun Life.

7   After considering the trial briefing submitted by the parties, all accompanying
8   filings, the Administrative Record lodged by Sun Life, arguments of counsel and all
9   other matters presented to the Court, for all of the reasons presented in the
10  Memorandum of Decision (Docket No. 28), the full text of which was incorporated
11  in this Court's January 2, 1023 Judgment issued in favor of Evans.

13  On January 30, 2013, Sun Life filed a motion to alter or amend, or in the
14  alternative, reconsider the Court's November 27, 2012 Memorandum of Decision
15  and January 2, 2013 Judgment.  (Docket No. 43)  On March 22, 2013, the Court
16  denied Sun Life's motion.  (Docket No. 49)  Accordingly, Evans is entitled to
17  $217,068.00 in past due benefits.

19  Further, after considering the parties' filings with respect to Evans' request
20  for attorneys' fees, costs and pre-judgment, Evans, as the prevailing party, is entitled
21  to $212,400.00 in attorneys' fees and $2,355.69 in costs.  In addition, pursuant to 28
22  U.S.C. Section 1961, Evans is entitled to pre-judgment interest of 2.42%, which
23  from June 1, 2008 to April 1, 2013, totals $20,882.69.

25  Dated: April 03, 2013

26                                        Cormac J. Carney
                                          United States District Court Judge